IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIAN HEATH HARRISON,    ) | |
|     ) | |
|   Plaintiff,    ) | |
|     ) | CIVIL ACTION NO. |
| v.    ) | 2:12cv984-MHT |
|     ) | (WO) |
| GARY HETZEL, et al.,    ) | |
|     ) | |
|   Defendants.    ) | |

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about various aspects of prison conditions. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of March, 2013.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE