IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN HEATH HARRISON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv984-MHT |
| | ) | (WO) |
| GARY HETZEL, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 21) is adopted.

(2) This lawsuit is dismissed for failure to prosecute and comply with court orders.

It is further ORDERED that plaintiff's motion for preliminary injunction (Doc. No. 2) is denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 15th day of March, 2013.**

  **/s/ Myron H. Thompson**
  **UNITED STATES DISTRICT JUDGE**